UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| United States of America, | ) | C/A No.: 8:85-cr-0166-GRA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | (Written Opinion) |
| v. | ) | |
| | ) | |
| J. Harold Smith, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before this Court on Defendant's *pro se* Motion for Miscellaneous Relief, filed on November 17, 2009. Defendant requests that this Court issue an order stating that all correspondence to Defendant be done in 40 point font, as Defendant claims he is legally blind. Defendant submits no evidence or documentation supporting his contention that he is legally blind. Additionally, this Court sees no need to change its font size absent a greater showing from the Defendant as to why he needs a larger font size on all correspondence.

The other relief sought in Defendant's motion cannot be granted by the Court as the Court is not the proper place to request an address change and the Court has no knowledge of any matter pending beyond the present motion.

IT IS THEREFORE ORDERED that Defendant's Motion for Miscellaneous Relief is denied.

IT IS SO ORDERED.

**[Signature Block on following page]**

_[signature]_

G. Ross Anderson, Jr.
Senior United States District Judge

December  10  , 2009
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Petitioner has the right to appeal this Order within sixty (60) days from the date of its entry. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, **will waive the right to appeal.**